and abuse of the judicial system designed to protect him. It was the escape itself, not the duration of the escape, that disentitled the right to appeal in those cases. And, this is likewise true when a defendant who has absconded subsequently seeks relief via a post-conviction motion. *See, e.g.,* *State v. Branch*, 811 S.W.2d 11 (Mo.App. April 30, 1991).

We find no reason to lessen the effect of defendant's conduct here. Accordingly, defendant's direct-appeal, *State v. Smith*, E.D. No. 55425, and post-conviction appeal, *Smith v. State*, E.D. No. 58743, are dismissed.

SMITH, P.J., and CARL R. GAERTNER, J., concur.

### ORDER

PER CURIAM.

Appellant, Darnell Brownlee, appeals his jury trial convictions in the Circuit Court of St. Louis County for armed robbery in the first degree, RSMo § 569.020 (1986), and armed criminal action, RSMo § 571.015 (1986), for which he was sentenced to a total of twenty-five years in prison. We affirm. We have reviewed the briefs of the parties, the arguments therein and the transcript of the proceedings below. We find no error on the part of the trial court. As we believe no jurisprudential purpose would be served by a written opinion, we dispose of this case pursuant to Rule 30.-25(b).

**STATE of Missouri, Respondent,**

v.

**Darnell BROWNLEE, Appellant.**

**No. 55867.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 30, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 5, 1991.

Application to Transfer Denied
Oct. 16, 1991.

William J. Shaw, Public Defender, Stormy White, John R. Krehmeyer, Asst. Public Defender, Clayton, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

**Lorna BOTTGER, Plaintiff/Respondent,**

v.

**Charles CHEEK, M.D.,**
**Defendant/Appellant.**

**No. 58120.**

Missouri Court of Appeals,
Eastern District,
Division Four.

July 30, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1991.

Application to Transfer Denied
Oct. 16, 1991.